## Commonwealth *v.* Wright, Appellant.

Argued March 9, 1970. *Leo E. Gribbin, Jr.,* with him *Stetler & Gribbin,* for appellant;

*Gary M. Gilbert,* Assistant District Attorney, with him *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.